Oleg Elkhunovich (269328)
oelkunovich@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Stephen Shackelford, Jr. (*to seek pro hac vice*)
Steven M. Shepard (*to seek pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*

**FILED**
Dec 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *ex rel.* VERITY INVESTIGATIONS, LLC, <br><br> *Plaintiff/Relator*, <br><br> v. <br><br> STURGEON SERVICES INTERNATIONAL, INC. <br><br> *Defendant.* | Case No. 1:24-cv-00927-CDB <br><br> **WITHOUT PREJUDICE – NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Verity Investigations, LLC, by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Sturgeon Services International, Inc. Defendant has not answered or moved for summary judgment. Undersigned counsel understands that the United States will be consenting to this dismissal pursuant to 31 U.S.C. § 3730(b)(1), and expects the United States will do so by filing a separate consent to this Notice of Voluntary Dismissal.

Date: December 18, 2025

Respectfully submitted,

　/s/ Oleg Elkhunovich
Oleg Elkhunovich (269328)
oelkunovich@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Stephen Shackelford, Jr.
Steven M. Shepard
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*

Notice of Voluntary Dismissal
Case No.: 1:24-cv-00927-CDB