ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States

**FILED**
Jan 26, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STURGEON SERVICES INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO: 1:24-cv-00927 CDB<br><br>**THE UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE UNITED STATES**<br><br>**FILED UNDER SEAL** |

On December 16, 2025, relator Verity Investigations, LLC ("Relator") filed a Notice of Voluntary Dismissal Without Prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal Without Prejudice, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States'

THE UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AS TO THE UNITED STATES                    1

investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

    A proposed order accompanies this notice.

DATED: January 24, 2026                        Respectfully Submitted,

                                        ERIC GRANT
                                        United States Attorney
                                        Eastern District of California

                              By:    */s/ Catherine J. Swann*
                                        CATHERINE J. SWANN
                                        Assistant United States Attorney

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on January 24, 2026, she served a copy of:

**THE UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE UNITED STATES**

by sending said copy by electronic mail to the person(s) hereinafter named, to the email address(es) stated below, which is/are the last known email address(es).

**Addressee(s):**
Stephen Shackelford
Steven M. Shepard
Amy Gregory
SUSMAN GODFEY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
AGregory@susmangodfrey.com

                                        */s/ Catherine Swann*
                                        Catherine Swann

ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STURGEON SERVICES INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO: 1:24-cv-00927 CDB<br><br>**[PROPOSED] ORDER ON THE UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE UNITED STATES**<br><br>**FILED UNDER SEAL** |

The Relator Verity Investigations, LLC, having filed a Notice of Voluntary Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal Without Prejudice as to the United States, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to Relator Verity Investigations, LLC and as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal Without Prejudice as to

///

///

[PROPOSED] ORDER ON THE UNITED STATES' CONSENT TO VOLUNTARY
DISMISSAL WITHOUT PREJUDICE AS TO THE UNITED STATES                                                       1

the United States, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

IT IS SO ORDERED.

DATE:

_____
HONORABLE CHRISTOPHER D. BAKER
United States Magistrate Judge

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on January 24, 2026, she served a copy of:

**[PROPOSED] ORDER ON THE UNITED STATES' CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THE UNITED STATES**

by sending said copy by electronic mail to the person(s) hereinafter named, to the email address(es) stated below, which is/are the last known email address(es).

**Addressee(s):**
Stephen Shackelford
Steven M. Shepard
Amy Gregory
SUSMAN GODFEY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
AGregory@susmangodfrey.com

                                                                                        */s/ Ema Vakaloloma*
                                                                                         Ema Vakaloloma