**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STURGEON SERVICES INTERNATONAL, INC, <br><br> Defendant. | Case No. 1:24-cv-00927-JLT-CDB <br><br> ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOLLOWING CONSENT TO DISMISSAL BY THE UNITED STATES <br><br> (Docs. 14, 17) |

On August 9, 2024, Plaintiff/Relator Verity Investigations, LLC ("Verity"), on behalf of itself and the United States of America ("government"), initiated this *qui tam* action with the filing of a complaint against Sturgeon Services International, Inc. ("Defendant").  (Doc. 1.) Verity alleges violations of the False Claims Act (31 U.S.C. § 3729 *et seq.*).

Following three grants of the government's *ex parte* applications to extend its time to elect to intervene (Docs. 7, 11, 13), on December 18, 2025, Verity filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (Doc. 14.)  Under Rule 41,"the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  Importantly, pursuant to the False Claims Act, "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their

reasons for consenting." 31 U.S.C. § 3730(b)(1).

Thereafter, at the Court's direction to make a filing indicating its consent or non-consent to dismissal, the government filed a notice of consent to Verity's voluntary dismissal. (Docs. 15-17.)

Based upon the information provided—including the interest and consent of the government—the Court finds dismissal to be appropriate.

Accordingly, the Court **ORDERS** that:

1. The Request for Dismissal by Verity (Doc. 14) is **GRANTED**.

2. This action is **DISMISSED** without prejudice.

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **January 29, 2026**

UNITED STATES DISTRICT JUDGE